# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFREY J. SPERRY, #47031** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case. No. 18-CV-3120-SAC |
| | ) |
| **RAYMOND ROBERTS, et al** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

COME NOW Johnnie Goddard, James Heimgartner, Lindsey Wildermuth, Rex Pryor, and Raymond Roberts, by and through Assistant Attorney General Natasha M. Carter, respectfully request the Court to dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In the alternative, Defendants request that this Court grant summary judgment pursuant to Fed. R. Civ. P. 56. In compliance with D. Kan. Rule 7.1 and 7.6, a memorandum in support is filed herewith.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: natasha.carter@ag.ks.gov
*Attorney for Johnnie Goddard, Rex Pryor,*
*James Heimgartner, Lindsey Wildermuth*
*and Raymond Roberts*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2019, the above and foregoing was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

    Jeff Cowger
    Kansas Department of Corrections
    714 SW Jackson, Suite 300
    Topeka, KS 66603
    Jeff.Cowger@ks.gov
    *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

    Jeffrey J. Sperry, #47031
    E.D.C.F., P.O. Box 311
    El Dorado, KS 67042
    *Plaintiff, Pro Se*

                                        s/ Natasha M. Carter_____
                                        Natasha M. Carter
                                        Assistant Attorney General